742

■ In the Matter of JOSEPH SLIPYAN, Appellant, against THOMAS E. ROHAN et al., Constituting the State Liquor Authority, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondent State Liquor Authority. No opinion. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ.

■ In the Matter of the Accounting of DAVID WIDELITZ et al., as Trustees under the Will of SAMUEL WIDELITZ, Deceased, Respondents.· MOLLIE LIEBOWITZ et al., Appellants; HOWARD H. SPELLMAN, as Special Guardian, et al., Respondents.— Appeals by Mollie Liebowitz, Paul Burt, Sarah Gross and Arnold H. Liebowitz from order entered July 7, 1952, as resettled by order entered October 3, 1952, except so much thereof as directs an interim payment to the special guardian Howard Hilton Spellman, and appeals by Arnold H. Liebowitz, Paul Burt and Sarah Gross, from decree entered April 18, 1955, amending a prior decree entered November 24, 1954, to the extent stated in their notices of appeal, unanimously affirmed, with costs to all parties appearing and filing briefs herein payable out of the fund he represents. No opinion. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ.

■ In the Matter of HYMAN KATZ, Petitioner, against JOSEPH P. KELLY, as Commissioner of the Bureau of Motor Vehicles of the State of New York, Respondent.— Determination unanimously annulled on the ground that on the entire record there is no substantial evidence to sustain the finding that petitioner was operating a motor vehicle in a manner showing a reckless disregard for life and property of others. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ.

■ KAMEN SOAP PRODUCTS CO., INC., et al., Respondents, v. PRUSANSKY & PRUSANSKY, INC., et al., Appellants.— Order unanimously affirmed, with $50 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ.

■ GERTRUDE FRIEDMAN, Respondent, v. PARA COFFEE SHOP, INC., Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ.

■ In the Matter of JOHN A. RADLANSZKY, Petitioner, against POLICE COMMISSIONER OF THE POLICE DEPARTMENT OF THE CITY OF NEW YORK, Respondent.— Determination unanimously annulled and petitioner restored to the position he occupied at the time of his dismissal as of the time· of his dismissal. There is no substantial support in the evidence for the determination. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ. [See post, p. 745.]

■ In the Matter of the Arbitration between MERCURY, LTD., Appellant, and DONNA L. FENLASON, Respondent.—Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Rabin, Valente and McNally, JJ.

■ VERONICA T. HYLAND et al., as Administrators C. T. A. of the Estate of JAMES W. GERARD, Deceased, et al., Appellants, v. RICHARD G. AUSPITZER et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Botein, Rabin, Frank and Valente, JJ.